IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYNESHA M. LEWIS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1270

Opinion filed October 20, 2015.

An appeal from an order of the Circuit Court for Okaloosa County.
Michael Flowers, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Tynesha M. Lewis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      We affirm this <u>Anders</u>[1] appeal but do so without prejudice to the appellant

filing a timely rule 3.850 motion to address the claim raised in her pro se initial

---

[1] <u>Anders v. California</u>, 386 U.S. 738 (1967).

brief, which, from the record, appears to have merit but which has not been preserved for this appeal.[2]

AFFIRMED.

BENTON, WETHERELL, and ROWE, JJ., CONCUR.

---

[2] We further note that the 10-year sentence imposed for the third-degree felony in 14-CF-2478 is illegal because it exceeds the statutory maximum.  This issue has also not been preserved for this appeal.